

## Office of the Attorney General

### Performance Self-assessment

Employee: Samantha Vanterpool

Job title: Assistant Attorney General    Division/Section: HESS/Education

Evaluation period ending:    *LAST EVALUATION*

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Provide any comments regarding your job performance during the past year. Kindly include any comments about your strengths, accomplishments, goals realized, projects or responsibilities that you undertook or were assigned, beyond those set forth in the position description, any areas of improvement, goals and expectations for the coming year, including any training or professional development you would like to pursue, and any general comments about the operation of your section, division, or the Office of the Attorney General.**

I.   Accomplishments and Tasks

   a. Special Education (VDOE)

   - State Special Education Advisory Committee (SSEAC) – Attend the quarterly meetings and provide routine legal advice. Working with VDOE to prepare the first ever orientation program for new SSEAC committee members.
   - Worked with AGs in Medicaid and Social Services Section regarding the $7 million CSA claim against Pittsylvania County Public School.
   - Represented VDOE staff member in deposition involving an IDEA (Individual with Disabilities Education Act) lawsuit between aggrieved parent and the Virginia Institute of Autism.



EXHIBIT 1

- Regularly attended Hearing Officer training seminars sponsored by VDOE.
- Managed and resolved threat of litigation by parent advocate against Norfolk Public Schools and VDOE regarding accepting a general Power of Attorney.
- Provide routine legal advice to VDOE regarding special education matters (including, but not limited to, managing D.C. Public School's refusal to provide tuition reimbursement for a D.C. student attending VA public schools and advising a Maryland special education Assistant Attorney General's application of a VA custody order under IDEA).
- Participated in a few monthly telephone conferences regarding recent updates in special education law.

b. Radford University

- Travel to and successfully defended Radford University in a contentious 3-day grievance hearing before a university grievance panel involving the nonrenewal of a faculty member's contract.

c. Virginia Department of Education

- Occasionally serve on the Superintendent's Investigative Panel.
- Worked with OAG's Intellectual Property AGs and handled a few copyright and trademark issues (including addressing a cease and desist letter from PBS and Waldorf Schools of North America, vendor's desire to incorporate SOL materials into their computer software, VDOE licensing issues etc.).
- Worked with Deb Love and VDOE Policy on college lab and charter school as it is related to special education.
- Worked with VDOE policy regarding due process safeguards of special education students vs. general education students.
- Attended occasional BOE board meetings.
- Working with VDOE/BOE and outside counsel for the dissolution of the BOE controlled VSDB Foundation and formation of the new Virginia School for the Deaf and Blind (VSDB) Foundation.

d. Virginia School for the Deaf and Blind (VSDB)

- Provide routine special education law advice to VSDB and its newly formed Board of Visitors (BOV).

- Handling construction claim against a contractor (pending claim $80,000 – $90,000).
- Assisted with VSDB training seminar regarding student privacy and student records.
- Working with the OAG Employment Section, in handling a number of HR issues (drafted dual relationship policies, drafted a revised job description for the Superintendent, developed a procedure for the BOV to evaluation the Superintendent etc.)
- Successfully defended VSDB against a grievance claim before a hearing officer.
- Handled a few real estate matters (easements) at VSDB with the assistance of AGs in the Real Estate section.
- Met with Superintendent and high ranking VITA administrators regarding whether VSDB's IT needs would be "out of scope." VITA determined that a large portion of VSDB need are "out of scope," thereby theoretically resulting in savings to VSDB.
- Attend quarterly BOV meetings and special executive committee meetings in Staunton, Virginia.
- Routinely review vendor contracts.
- Routinely assist with developing policies for BOV (including, but not limited to, building naming policy).
- Travel to Staunton for a number of client development activities including ribbon cutting events and social events with the Superintendent and staff).

II. Future Goals

- I would like to transition out of special education with VDOE into higher education. I would also like to be able to be a presenter at the Education Section Conference in the near future.

III. Goals Accomplished

* Expand my work load beyond special education law.

_____    _____
Employee Signature                                Date

3. List any performance areas requiring improvement.

4. Describe any goals or objectives for the coming year, including opportunities for training or professional development.

I want Samantha to be (and to feel) more a part of the Education Section, even though her work, as mentioned above, is very different. I intuit that this is also a goal of Samantha's, especially in that she recently asked me if there were a way she could join NACUA. I want to work with Samantha over the next year to get her into NACUA and also help otherwise with inclusion.

If Samantha is interested in doing some more higher education work, with various changes in the Section, the next year may be an opportune time to effect that. While we have to provide the DOE with one FTE, we may be able to divide between 2 lawyers.

It's a small thing, but I'm pleased to see that recently Samantha's office door is open more. ;)

5. Additional comments.

Thanks for all!!! You are much appreciated.

---

Supervisor Signature               Date

Employee Signature                 10/3/11
                                   Date